UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTONIO CRUZ CARDENAS,<br><br>      Petitioner,<br>  v.<br><br>B. SCOTT, *et al.*,<br><br>      Respondents. | CASE NO. 2:25-cv-00064-TSZ-GJL<br><br>ORDER GRANTING EXTENSION |

This federal habeas action filed pursuant to 28 U.S.C. § 2241 has been referred to United States Magistrate Judge Grady J. Leupold. Before the Court is Petitioner's Motion for Extension of Time to file a response to Respondents' Motion to Dismiss and Return.[1] Dkt. 8. Upon review, the Court finds Petitioner has shown good cause for an extension and **GRANTS** the Motion.

The new deadline for Petitioner to file a response to the Motion to Dismiss and Return is **April 1, 2025**, and Respondents may file a reply not later than **April 8, 2025**, which is the new noting date designated for consideration of their Motion and Return.

---

[1] Because principles of judicial economy and fairness favor an expeditious resolution to this matter, the Court considers the instant Motion before the noting date.

ORDER GRANTING EXTENSION - 1

1    The Clerk of Court is **DIRECTED** to **RENOTE** the Motion to Dismiss and Return (Dkt.
2    5) for consideration on **April 8, 2025**.
3    Dated this 7th day of March, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING EXTENSION - 2