UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO CRUZ CARDENAS,<br><br>            Petitioner,<br><br>   v.<br><br>BRUCE SCOTT, *Warden of the Detention Facility*; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *Current or Acting Director and/or Field Director*; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *Current or Acting Secretary*; UNITED STATES ATTORNEY GENERAL,<br><br>            Respondents. | C25-0064 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on the Report and Recommendation, docket no. 12, of the Honorable Grady J. Leupold, United States Magistrate Judge. The Court, having reviewed the Report and Recommendation and the remaining record, enters the following Order of Dismissal Without Prejudice.

ORDER - 1

Pursuant to the Order for Return and Status Report, docket no. 4, Federal Respondents have provided notice that Petitioner Antonio Cruz Cardenas was removed from the United States to Mexico on April 11, 2025. *See* Notice of Change in Custody (docket no. 13); *see also* Ex. A to Notice of Change in Custody (docket no. 13-1).

Accordingly, the Court ORDERS:

(1) The Report and Recommendation, docket no. 12, is DECLINED AS MOOT and this case is DISMISSED WITHOUT PREJUDICE; and

(2) The Clerk is directed to send a copy of this Order to the Petitioner at his last known address, to all counsel of record, and to Judge Leupold and to CLOSE this case.

IT IS SO ORDERED.

Dated this 29th day of May, 2025.

_____
Thomas S. Zilly
United States District Judge

ORDER - 2